IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRANDON L. MOE, individually and on behalf of all individuals of the class similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INDEMNITY CO., and JOHN DOES I-XX,<br><br>Defendants. | CV 19-23-BU-BMM-JCL<br><br>ORDER |

Defendant GEICO Indemnity Co., moves for the admission of Sheila Carmody to practice before this Court in this case with Ian McIntosh and Mac Morris to act as local counsel. Ms. Carmody's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Ms. Carmody pro hac vice is GRANTED on the condition that Ms. Carmody shall do her own work. This means that Ms. Carmody must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").

Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Carmody, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 4th day of June, 2019

_____
Jeremiah C. Lynch
United States Magistrate Judge