IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRANDON L. MOE, individually and on behalf of all individuals of the class similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INDEMNITY CO., and JOHN DOES I-XX,<br><br>Defendant. | CV 19-23-BMM-KLD<br><br>**ORDER** |

Defendant moves for the admission of Courtney Henson to practice before this Court in this case with Ian McIntosh and Mac Morris to act as local counsel. Defendant requests Ms. Henson practice in this case in substitution for Ms. Pugel. Ms. Henson's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Courtney Henson pro hac vice is GRANTED on the condition that Ms. Henson shall do her own work. This means that Ms. Henson must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Henson may move for the

admission pro hac vice of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Henson.

IT IS FURTHER ORDERED that Ms. Henson shall be substituted as counsel of record for Defendant in place of Ms. Pugel and Ms. Pugel will no longer serve as counsel of record for Defendant.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Henson, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 18th day of October, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge