IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRANDON L. MOE, individually and on behalf of all individuals of the class similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INDEMNITY CO., and JOHN DOES I-XX,<br><br>Defendants. | CV 19-23-BU-BMM-KLD<br><br>**ORDER** |

Plaintiff has filed an unopposed motion for leave to file under seal a brief in support of a motion for partial summary judgment, confidential exhibits, and related deposition testimony.

Pursuant to the Joint Stipulated Confidentiality Protective Order (Doc. 31) entered in this case, any party wishing to file any document under seal must make the appropriate showing of good cause or compelling reasons as delineated in *Ground Zero Center for Non-Violent Action v. United States Department of the Navy*, 860 F.3d 1244, 1261 (9th Cir. 2017) (requiring a showing of compelling reasons to seal documents attached to dispositive motions and other filings relating to the merits of a case) and *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016) (requiring only a showing of good cause to seal

documents related to a non-dispositive motion or a motion unrelated to the merits of a case).

Plaintiff's motion for leave to file under seal concerns documents attached to a dispositive motion. Therefore, Plaintiff must provide compelling reasons to seal the documents. (Doc. 84.) Although Plaintiff mentions the documents contain confidential information, this reason alone and unsupported is not compelling. Accordingly.

IT IS ORDERED that Plaintiff's motion is DENIED without prejudice. Plaintiff is granted leave to refile his motion to include compelling reasons to seal the documents requested.

DATED this 26th day of February, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge