IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRANDON L. MOE, individually and on behalf of all individuals of the class similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INDEMNITY CO., and JOHN DOES I-XX,<br><br>Defendants. | CV 19-23-BU-BMM-KLD<br><br>**ORDER** |

Plaintiff has filed an unopposed motion for leave to file under seal a combined brief in response to Defendants' cross-motion for partial summary judgment and reply to Plaintiff's motion for partial summary judgment, statement of disputed facts and additional facts, confidential exhibits and related deposition testimony, and to file partially redacted documents of the same.

Plaintiff explains that the documents at issue contain personal financial information and/or business information which might harm Defendants' competitive standing. The Court previously found these reasons compelling for filing documents under seal in this matter. (Doc. 90.) Good cause having been shown,

IT IS ORDERED that Plaintiff's motion is GRANTED. Plaintiff may file his combined brief in response to Defendants' cross-motion for partial summary judgment and reply to Plaintiff's motion for partial summary judgment, statement of disputed facts and additional facts, confidential exhibits and related deposition testimony, and to file partially redacted documents of the same under seal.

DATED this 4th day of May, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge