IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRANDON L. MOE, individually and on behalf of all individuals of the class similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INDEMNITY CO., GOVERNMENT EMPLOYEES INSURANCE COMPANY, and JOHN DOES II -XX,<br><br>Defendants. | Case No.2:19-CV-00023 BMM-KLD<br><br>**ORDER** |

Plaintiff having filed an unopposed Motion for an extension to file his objections to the Findings and Recommendations (Doc. 131) on Defendants' Motion for summary judgment, Defendants having no objection, and good cause appearing thereto, it is HEREBY ORDERED:

1. Plaintiff shall file his objections to the Findings and Recommendations (Doc. 131) on or before October 6, 2021.

   DATED this 17th day of September 2021.

   _____
   Brian Morris, Chief District Judge
   United States District Court