UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRANDON L. MOE, individually and on behalf of all individuals of the class similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INDEMNITY CO., GOVERNMENT EMPLOYEES INSURANCE COMPANY, and JOHN DOES II-XX,<br><br>Defendants. | Case No. CV-19-23 -BU-BMM<br><br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u>    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED that Plaintiff's objections to the Findings and Recommendations (Doc. 136) are DENIED. The Court adopts in full Judge DeSoto's Findings and Recommendations (Doc. 131). Defendant's Motion for Summary Judgment (Doc. 86) is GRANTED and the case is dismissed.

    Dated this 26th day of January 2022.

                              TYLER P. GILMAN, CLERK

                            By: <u>/s/ S. Redding</u>
                                    S. Redding, Deputy Clerk