IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BRANDON L. MOE, individually and on behalf of all individuals of the class similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INDEMNITY CO., GOVERNMENT EMPLOYEES INSURANCE COMPANY, and JOHN DOES II -XX,<br><br>Defendants. | Case No. CV 19-23-BU-BMM<br><br>**ORDER** |

Plaintiff having filed an unopposed Motion for leave to file under seal a sur reply brief regarding subject matter jurisdiction, documents which contain confidential information, and to file partially redacted documents of the same, Defendants having no objection, and good cause appearing thereto, it is HEREBY ORDERED:

1. Plaintiff's motion is GRANTED. Plaintiff may file partially redacted documents and the unredacted documents under seal pertaining to the sur reply brief to Defendants' motion to dismiss.

1

DATED this 8th day of June, 2026.


Brian Morris, Chief District Judge
United States District Courts